IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:21-CV-00009 |
| S & H HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendant, S & H HOLDINGS, INC. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 26th day of May, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

        */s/ Gregory M. Weinstein*
        Gregory M. Weinstein, Esq.
        State Bar No. 16027020
        Jacob L. McBride, Esq.
        State Bar No. 24070231
        Weinstein Radcliff Pipkin LLP
        8350 N. CENTRAL EXPRESSWAY, SUITE 1550
        DALLAS, TX 75206
        Phone: (214) 865-6126
        Email: gweinstein@weinrad.com
                jmcbride@weinrad.com

        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL