UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY CAIRNS § | |
| § | |
| v. § | CIVIL NO. 4:21-CV-009-SDJ-CAN |
| § | |
| S & H HOLDINGS, INC. § | |

### TRANSFER ORDER

It is hereby **ORDERED** that this civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**So ORDERED and SIGNED this 27th day of May, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE